◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD DeSIMONE, Appellant.

Mangano, P. J., Kunzeman, Harwood, Lawrence and Miller, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN DENHAM, Appellant.

We reject the defendant's contention that the court's *Allen* charge *(see, Allen v United States,* 164 US 492) was coercive. A trial court may properly discharge its responsibility by requesting the jurors to make one final effort to review the evidence and reach a verdict if they can *(see, People v Pagan,* 45 NY2d 725, 727). The court's *Allen* charge was a reasonable request for the jury to continue its deliberations *(see, People v Demery,* 60 AD2d 606).

The defendant's remaining contentions are unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Kearse,* 144 AD2d 495; *People v Udzinski,* 146 AD2d 245), and we decline to reach these contentions in the exercise of our interest of justice jurisdiction. Kunzeman, J. P., Balletta, Miller and Ritter, JJ., concur.